```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

JACQUELINE FREEMAN,              )
                                 )
            Plaintiff,           )
                                 )
      v.                         )        1:17CV298
                                 )
KIRK DOUGLAS FREEMAN, et al.,    )
                                 )
            Defendants.          )

**ORDER**

On May 19, 2017, the Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and served on the parties in this action. (Doc. 6.) Plaintiff filed an Objection to the Recommendation. (Doc. 8.) She has since filed a "Petition for Writ of Mandate, Prohibition, Injunction or Other Appropriate Relief," which purports to make claims against Judge Susan R. Burch, a North Carolina State court judge. (Doc. 9.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation. Moreover, the Petition is without merit and will be dismissed, including its allegations against the State court judge who enjoys judicial immunity for the performance of duties within the scope of her office.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted. This dismissal is without prejudice to whatever remedies, if any, Plaintiff may have in any proper claim brought in the North Carolina State court system under State or other applicable law.

                                                  /s/   Thomas D. Schroeder
                                                  United States District Judge

June 29, 2017